UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Eric Krieg,
Petitioner

v.

Case No. 22-cv-105-SM
Opinion No. 2026 DNH 116

Warden, FCI Berlin,
Respondent

**O R D E R**

Petitioner, Eric Krieg, is a federal inmate formerly housed at FCI Berlin. He brings this habeas corpus petition pursuant to 28 U.S.C. § 2241, challenging his loss of good time credits following a disciplinary finding that he abused his phone privileges. By order dated September 9, 2022 (document no. 8), the court held that Krieg failed to exhaust available prison administrative remedies and dismissed his petition. On appeal, the Court of Appeals agreed that Krieg failed to properly exhaust, but remanded the matter so this court might "consider whether Krieg's failure to exhaust amounted to a procedural default and, if so, whether there is any basis for excusing the default." Krieg v. Ackley, 2025 WL 2369197 (1st Cir. Aug. 12, 2025).

On April 15, 2026, the government essentially moved for summary judgment, arguing that "Petitioner's failure to exhaust constitutes a procedural default for which he can show no cause," thereby entitling the government to judgment as a matter of law. Government Memorandum on Issue Remaining on Remand (document non. 21). Four months have passed yet Krieg has not objected or otherwise responded.

Accordingly, on or before September 30, 2026, Krieg shall respond to the government's claim that it is entitled to judgment as a matter of law because his failure to properly exhaust prison administrative remedies constitutes a procedural default for which he can show no cause. Should Krieg fail to file such a response, his petition may be subject to dismissal.

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

August 31, 2026

cc: Eric Krieg, pro se
Counsel of Record